**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00853-CV

## CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN, Appellant

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00396**

## ORDER

Before the Court is appellants' motion for extension of time to file their notice of appeal.

The Court **GRANTS** the motion. Appellants' June 30, 2014 notice of appeal shall be treated as

timely filed for jurisdictional purposes.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE